**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6627**

RAYMOND A. FORD, JR.,

            Plaintiff - Appellant,

      v.

DR. JERRY A. MILES, DDS; DR. HAYES, Dentist; C. BAILEY, Health Services Administrator ("HSA"); R. TYLER, Licensed Practical Nurse ("LPN"); C. SMITH, LPN; V. M. WASHINGTON, Assistant Warden; G. L. HOLLOWAY, Assistant Warden; FRED SCHILLING, Health Services Director,

            Defendants - Appellees,

      and

MR. or MS. TURNER, LPN,

            Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:11-cv-00636-RBS-LRL)

Submitted:  July 21, 2015                Decided:  July 24, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Alexander Ford, Jr., Appellant Pro Se.  Michelle Lyn Rowling Warden, Carlyle Randolph Wimbish, III, SANDS ANDERSON, PC, Richmond, Virginia; Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia; Elizabeth Martin Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia; Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond A. Ford, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ford v. Miles</u>, No. 2:11-cv-00636-RBS-LRL (E.D. Va. Feb. 27, 2014; Feb. 13, 2015; Mar. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>